THE STATE OF NEW JERSEY, DEFENDANT IN ERROR, v. SAMUEL LAWSON, PLAINTIFF IN ERROR.

Submitted March 24, 1924—Decided April 17, 1924.

On error to the Supreme Court, whose opinion is reported in 98 *N. J. L.* 593.

For the defendant in error, *Roscoe C. Ward.*

For the plaintiff in error, *H. Byron Love* and *George Ebner.*

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered by Chief Justice Gummere in the Supreme Court.

*For affirmance*—THE CHANCELLOR, MINTURN, BLACK, KATZENBACH, CAMPBELL, LLOYD, WHITE, GARDNER, VAN BUSKIRK, CLARK, KAYS, JJ. 11.

*For reversal*—PARKER, J. 1.